1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA DEPARTMENT OF FISH    )   Case No. 2:12-CV-01396 JAM-EFB
   | AND GAME,                        )
12 |                                  )
   |                     Plaintiff,   )   **RELATED CASE ORDER**
13 |                                  )
   |        v.                        )
14 |                                  )
   | UNITED STATES ARMY CORPS OF      )
15 | ENGINEERS, and MAJ. GEN.         )
   | MEREDITH W.B. TEMPLE, in his     )
16 | official capacity,               )
   |                                  )
17 |                     Defendants.  )
   | FRIENDS OF THE RIVER, a non-     )
18 | profit corporation, DEFENDERS OF )
   | WILDLIFE, a non-profit           )   Case No. 2:11-CV-01650 JAM-JFM
19 | corporation, and CENTER FOR      )
   | BIOLOGICAL DIVERSITY, a non-     )
20 | profit corporation,              )
   |                                  )
21 |                     Plaintiffs,  )
   |                                  )
22 |        v.                        )
   |                                  )
23 | UNITED STATES ARMY CORPS OF      )
   | ENGINEERS, et al.,               )
24 |                                  )
   |                     Defendants.  )
25

26       Examination of the above-entitled actions reveals that these

27 actions are related within the meaning of Local Rule 123 (E.D. Cal.

28 2005). Accordingly, the assignment of the matters to the same judge

                                      1

PDF created with pdfFactory trial version www.pdffactory.com

and magistrate judge is likely to affect a substantial savings of
judicial effort and is also likely to be convenient for the
parties.

The parties should be aware that relating the cases under
Local Rule 123 merely has the result that these actions are
assigned to the same judge and magistrate judge; no consolidation
of the actions is effected.

IT IS THEREFORE ORDERED that the Magistrate Judge assignment
in the action denominated 2:12-CV-01396 JAM-EFB be reassigned to
Magistrate Judge John F. Moulds for all further proceedings.
Henceforth, the caption on documents filed in the reassigned case
shall be shown as 12-CV-01396 JAM-JFM.

IT IS SO ORDERED.

Dated: June 6, 2012                    /s/ John A. Mendez_____
                                       JOHN A. MENDEZ
                                       United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com