IGNACIA S. MORENO
Assistant Attorney General
DEVON LEHMAN MCCUNE, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

JOHN H. MARTIN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARMENT OF FISH AND GAME,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, and LT. GEN. THOMAS P. BOSTWICK,[1] in his official capacity,<br><br>    Defendants. | No. 2:12-CV-01396-JAM-JFM<br><br><br>STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO CALIFORNIA DEPARTMENT OF FISH AND GAME'S COMPLAINT |

---

[1] On May 22, 2012, Lieutenant General Thomas P. Bostwick became the Chief of Engineers and Commanding General of the United States Army Corps of Engineers, and is hereby substituted for Major General Merdith W.B. Temple pursuant to Fed. R. Civ. P. 25(d).

STIP. & ORDER RE EXTENSION OF TIME FOR DEFS. TO RESPOND TO COMPLAINT – 12-cv-1396-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1 | Pursuant to Local Rule 144, the parties hereby stipulate that the deadline for filing of
Defendants' Answer or other response to Plaintiff's Complaint is extended from August 13, 2012, to August 24, 2012.

Respectfully submitted this 1st day of August, 2012.

                KAMALA D. HARRIS
                Attorney General of California
                SARA J. RUSSELL
                Supervising Deputy Attorney General

                /s by authorization given on August 1, 2012
                DEBORAH L. BARNES
                State Bar No. 124142
                Deputy Attorney General
                1300 I Street, Suite 125
                P.O. Box 944255
                Sacramento, CA  94244-2550
                Telephone:  (916) 322-9294
                Fax:  (916) 327-2319
                Deborah.Barnes@doj.ca.gov
                Attorneys for Department of Fish & Game

                IGNACIA S. MORENO
                Assistant Attorney General
                Environment & Natural Resources Division

                s/ Devon Lehman McCune
                DEVON LEHMAN MCCUNE
                U.S. Department of Justice
                Environment & Natural Resources Division
                Natural Resources Section
                999 18th Street, South Terrace, Suite 370
                Denver, CO 80202
                Telephone: (303) 844-1487
                Fax: (303) 844-1350
                devon.mccune@usdoj.gov

                JOHN H. MARTIN
                U.S. Department of Justice
                Environment & Natural Resources Division
                Wildlife & Marine Resources Section
                999 18th Street, South Terrace, Suite 370

PDF created with pdfFactory trial version www.pdffactory.com

Denver, CO 80202
Telephone: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov

Attorneys for Defendants

IT IS SO ORDERED.

Dated:  8/1/2012            /s/ John A. Mendez
                            UNITED STATES DISTRICT COURT JUDGE
                            JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com