IGNACIA S. MORENO
Assistant Attorney General
DEVON LEHMAN MCCUNE, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

JOHN H. MARTIN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARMENT OF FISH AND GAME,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, and LT. GEN. THOMAS P. BOSTWICK,[1] in his official capacity,<br><br>    Defendants. | No. 2:12-CV-01396-JAM-JFM<br><br><br>STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO CALIFORNIA DEPARTMENT OF FISH AND GAME'S COMPLAINT |

---

[1] On May 22, 2012, Lieutenant General Thomas P. Bostwick became the Chief of Engineers and Commanding General of the United States Army Corps of Engineers, and is hereby substituted for Major General Merdith W.B. Temple pursuant to Fed. R. Civ. P. 25(d).

STIP. & ORDER RE EXTENSION OF TIME FOR DEFS. TO RESPOND TO COMPLAINT – 12-cv-1396-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rule 144, the parties hereby stipulate that the deadline for filing of Defendants' Answer or other response to Plaintiff's Complaint is extended from August 13, 2012, to August 24, 2012.

Respectfully submitted this 1st day of August, 2012.

    KAMALA D. HARRIS
    Attorney General of California
    SARA J. RUSSELL
    Supervising Deputy Attorney General

    /s by authorization given on August 1, 2012
    DEBORAH L. BARNES
    State Bar No. 124142
    Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA  94244-2550
    Telephone:  (916) 322-9294
    Fax:  (916) 327-2319
    Deborah.Barnes@doj.ca.gov
    Attorneys for Department of Fish & Game

    IGNACIA S. MORENO
    Assistant Attorney General
    Environment & Natural Resources Division

    s/ Devon Lehman McCune
    DEVON LEHMAN MCCUNE
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    999 18th Street, South Terrace, Suite 370
    Denver, CO 80202
    Telephone: (303) 844-1487
    Fax: (303) 844-1350
    devon.mccune@usdoj.gov

    JOHN H. MARTIN
    U.S. Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    999 18th Street, South Terrace, Suite 370

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Denver, CO 80202 |
| 2 | Telephone: (303) 844-1383 |
|   | Fax: (303) 844-1350 |
| 3 | john.h.martin@usdoj.gov |
| 4 | Attorneys for Defendants |

6

IT IS SO ORDERED.

Dated:  8/1/2012                             /s/ John A. Mendez
                                              UNITED STATES DISTRICT COURT JUDGE
                                              JOHN A. MENDEZ

PDF created with pdfFactory trial version www.pdffactory.com