IGNACIA S. MORENO
Assistant Attorney General
DEVON LEHMAN MCCUNE, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

JOHN H. MARTIN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| CALIFORNIA DEPARMENT OF FISH AND GAME, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, and LT. GEN. THOMAS P. BOSTWICK, in his official capacity, <br><br> Defendants. | No. 2:12-CV-01396-JAM-JFM <br><br><br> ORDER GRANTING JOINT MOTION FOR SECOND EXTENSION OF TIME TO FILE JOINT STATUS REPORT |
|---|---|

The parties' JOINT MOTION FOR SECOND EXTENTION OF TIME TO FILE JOINT STATUS REPORT, filed August 24, 2012 is hereby GRANTED.

That portion of paragraph four of the Court's Order filed May 23, 2012 (ECF No. 3) is hereby modified to reflect that the parties shall have up to and including September 7, 2012 to submit the Joint Status Report.

IT IS SO ORDERED.

Dated:  8/24/2012                           /s/ John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE
                                            JOHN M. MENDEZ