IGNACIA S. MORENO
Assistant Attorney General
DEVON LEHMAN MCCUNE, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1487
Fax: (303) 844-1350
Email: devon.mccune@usdoj.gov

JOHN H. MARTIN, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Tel: (303) 844-1383
Fax: (303) 844-1350
Email: john.h.martin@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARMENT OF FISH AND GAME,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, and LT. GEN. THOMAS P. BOSTICK, in his official capacity,<br><br>    Defendants. | No. 2:12-CV-01396-JAM-JFM<br><br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD |

On September 7, 2012, the parties filed a joint status report to this Court proposing a schedule that would have Defendants file the administrative record in this case by November 9, 2012. All parties in this case have stipulated that the time for the filing of the administrative record be extended to and including January 25, 2013.

Defendants need additional time to file the administrative record in this case and *California Department of Fish & Game v. United States Army Corps of Engineers*, 2:12-cv-1396-JAM-JFM. Defendants are working to complete the administrative record, but have encountered a number of delays, largely associated with the size of the record. Currently, Defendants' best estimate is that the record is about 840 gigabytes of electronic data, amounting to approximately 7.5 million pages. Defendants are working with a contractor to upload, index, and otherwise process the administrative record and have been informed by the contractor that production on November 9, 2012, is not possible. As one example of the need for additional time, the contractor found that some of the uploaded information to be processed was quantitative sampling and testing data in a format that was not intelligible outside of the engineering applications for which it was used. As a result, the processing of that data took much longer than expected.

Based on a work plan with a sequence of tasks developed between Defendants and their contractor, Defendants anticipate that they will be able to produce the administrative record to Plaintiff on or before January 25, 2013, and request an extension of time until that date. Additionally, the parties propose that sixty days after the administrative record is filed, the parties will file a supplemental joint status report with this Court proposing a new briefing schedule.

Respectfully submitted this 9th day of November, 2012,

KAMALA D. HARRIS
Attorney General of California
SARA J. RUSSELL

Supervising Deputy Attorney General

 *s/ per authorization given on 11/9/12*
DEBORAH L. BARNES
State Bar No. 124142
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 322-9294
Fax:  (916) 327-2319
Deborah.Barnes@doj.ca.gov

Attorneys for Department of Fish & Game


IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

 *s/ Devon Lehman McCune*
DEVON LEHMAN MCCUNE
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1487
Fax: (303) 844-1350
devon.mccune@usdoj.gov

JOHN H. MARTIN
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1383
Fax: (303) 844-1350
john.h.martin@usdoj.gov

Attorneys for Defendants

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE ADMINISTRATIVE RECORD
12-cv-1396-JAM-JFM

Page 3

1  IT IS SO ORDERED.

2  DATED: 11/13/2012

3  /s/ John A. Mendez
United States District Court Judge
4  John A. Mendez